IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC FINANCE GROUP LLC, | CASE NO. CV F 11-0976 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 6.) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the September 22, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:**   **June 23, 2011**              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE